1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| CATALINA L. MAGDALENO, | CASE NO.   2:10-CV-02148-FCD-KJN |
|---|---|
| Plaintiff, | **ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY** |
| v. | |
| INDYMAC BANCORP, INC., dba INDYMAC BANK, FSB; ONEWEST BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NDEX WEST, L.L.C., and DOES 1-250 inclusive, | **CTRM:** 2<br>**JUDGE:** HON. FRANK C. DAMRELL, JR. |
| Defendants. | |

1  THE COURT, having reviewed the Substitution Of Federal Deposit Insurance
2  Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause
3  having been shown,

4  IT IS HEREBY ORDERED:

5  (1)  that the Federal Deposit Insurance Corporation, as Receiver for Indymac
6  Federal Bank ("FDIC as Receiver"), is substituted in for named defendant Indymac Bancorp, Inc.,
7  dba Indymac Bank, FSB, and

8  (2)  that all proceedings in this matter are stayed for ninety (90) days from the
9  date of this order.

10  IT IS SO ORDERED.

12  Dated: August 17, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE