UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATALINA L. MAGDALENO,

        Plaintiff,

   v.

ONEWEST BANK, FSB, et al.,

        Defendants.

NO. 2:10-CV-2148 FCD KJN

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

1.   The hearing on Defendants Onewest Bank, FSB, and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss, or in the alternative, Motion for More Definite Statement (Docket No. 7) is continued to January 14, 2011, at 10:00 a.m.  Plaintiff shall file and serve her opposition brief or notice of non-opposition no later than December 30, 2010.  The defendants may file and serve a reply on or before January 7, 2011.

///

2. Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

3. Plaintiff's counsel shall file his response to the order to show cause on or before December 30, 2010.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: November 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE