Breyon J. Davis (SB #269680)
**LAW OFFICES OF BREYON J. DAVIS**
1017 L Street, #122
Sacramento, California 95814
Tel:  (916) 375-1964
Fax: (916) 375-1965

Attorneys for Plaintiff
CATALINA L. MAGDALENO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA L. MAGDALENO,<br><br>             Plaintiff,<br><br>v.<br><br>INDYMAC BANCORP, INC., dba INDYMAC BANK, FSB; ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NDEx WEST, LLC and DOES 1-250, inclusive,<br><br>             Defendants. | **CASE NO.:**  2:10-cv-02148 FCD/KJN<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF A PARTY; ORDER** |

**NOTICE IS HEREBY GIVEN** that Plaintiff voluntarily dismisses FEDERAL DEPOSIT INSURANCE COMPANY, as RECEIVER for INDYMAC FEDERAL BANK, FSB in the above-captioned action without prejudice.

Dated:  April 15, 2011                                   By:  */s/     Breyon J. Davis*
                                                                              Breyon J. Davis
                                                                              Attorney for Plaintiff

**IT IS SO ORDERED**


Dated:  April 19, 2011                                   _____
                                                                           FRANK C. DAMRELL, JR.
                                                                           UNITED STATES DISTRICT JUDGE

1
Voluntary Dismissal of FDIC